THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN ROCKS MUSIC, THE THICK PLOTTENS MUSIC, WB MUSIC CORP., STEREO SUPERSONIC MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., JOELSONGS, CONTROVERSY MUSIC, CHAPPEL & CO., INC., and IRVING CAESAR MUSIC CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>MIKADO, INC. and KYLE IRWIN YOSHIMURA,<br><br>Defendants. | No. C-07-0036<br><br>STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL |

The Complaint in the above-captioned action having been filed on January 8, 2007 by Plaintiffs Jordan Rocks Music, et al. ("Plaintiffs") seeking relief for willful infringements of their copyrights, and the Defendants Mikado, Inc. and Kyle Irwin Yoshimura (collectively "Defendants") having each been formally served with the Summons and Complaint on January 23, 2007; and the Defendants having been fully informed of the allegations of Plaintiffs and duly considered Plaintiffs' Complaint and the likelihood and costs of litigation, the parties have

STIPULATION OF SETTLEMENT AND
ORDER OF DISMISSAL (No. C-07-0036 ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

agreed, and hereby stipulate, that this action may be settled and dismissed with prejudice on the following terms:

1.      Defendants shall pay to the American Society of Composers, Authors and Publishers ("ASCAP"), on behalf of Plaintiffs, the sum of $7,200 ("the Settlement Amount") in strict accordance with the following schedule: (i) $2,700.00 upon execution by Defendants of this Stipulation of Settlement, but in any event not later than March 9, 2007; and (ii) the balance of $4,500.00 in six (6) monthly installments, as follows:

| INSTALLMENT DUE DATE | INSTALLMENT AMOUNT |
| --- | --- |
| Upon execution of this Stipulation of Settlement, but no later than March 9, 2007 | $2,700.00 |
| April 9, 2007 | $750.00 |
| May 9, 2007 | $750.00 |
| June 9, 2007 | $750.00 |
| July 9, 2007 | $750.00 |
| August 9, 2007 | $750.00 |
| September 9, 2007 | $750.00 |

2.      All payments made by Defendants pursuant to Paragraph 1 above shall be by check payable to the order of ASCAP; provided, however, that if a payment is returned for insufficient funds, any replacement payment and all subsequent payments due hereunder shall be by certified, cashier's check or bank check payable to ASCAP.  The initial payment shall be delivered to Angela R. Martinez, Esq. of Perkins Coie at its offices at 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099.  The payment shall be delivered so that it arrives no later than March 9, 2007.  All subsequent payments shall be timely delivered to ASCAP at its offices at 2690 Cumberland Parkway, Suite 490, Atlanta, Georgia 30339-3913, ATTENTION: Douglas

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

00031-0031/LEGAL13059861.1

Jones. The payments shall be delivered so that they <u>arrive</u> no later than the due dates set forth in Paragraph 1 above.

3. Contemporaneously with the execution of this Stipulation of Settlement, ASCAP shall offer and, no later than March 9, 2007, Defendants shall accept and execute the ASCAP "General License Agreement - Restaurants, Taverns, Nightclubs, and Similar Establishments" for Ohana, located at 2207 1st Avenue in Seattle, Washington ("ASCAP License") for the term commencing January 1, 2007, at the annual rate of $1,198 and they shall comply with all the terms and conditions of that agreement. Payment of license fees owed for the year 2007 at the currently applicable rate set forth above is included in the Settlement Amount; payment of license fees for any period subsequent to 2007 pursuant to the license agreement shall be made in accordance with the terms of the ASCAP License and is not encompassed within the payment terms of this Stipulation of Settlement.

4. Upon timely receipt of the amounts owed pursuant to Paragraph 1 above, Defendants shall be deemed to have paid ASCAP an amount representing license fees for Ohana for all periods through December 31, 2007 and an additional sum representing damages and legal expenses incurred by ASCAP on behalf of Plaintiffs in the prosecution of this action; provided that in no event or circumstance shall ASCAP owe any reimbursement of, or be obligated to return, any portion of the Settlement Amount, even if the operating policy of Ohana changes such that a lower license fee would be applicable in 2007 than the current rate, or if the establishment is sold or closes.

5. In the event that Defendants shall default in making any payments provided for in Paragraph 1 above; or any of Defendants' checks tendered in payment of the Settlement Amount is dishonored by Defendants' bank for any reason (including, but not limited to, insufficient funds); or in the event that Defendants file for bankruptcy; or in the event that Defendants fail to give notice to ASCAP, as required by Paragraph 6 below; then on ten (10) days notice of such default or other event, and provided such default is not cured within the ten-day period, Plaintiffs

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

00031-0031/LEGAL13059861.1

shall be entitled to reopen this action for the purpose of seeking entry of judgment against Defendants in the amount of $10,000 less any sums paid pursuant to Paragraph 1 above, plus statutory interest accruing from the date of entry of such judgment; and Plaintiffs may pursue all remedies provided by law to collect such judgment.  In the event that Defendants file for bankruptcy, any balance on the Settlement Amount or any subsequent judgment shall be deemed a non-dischargeable debt.

6.  In the event that Defendants enter into or execute a contract for the sale, transfer or assignment of the establishment known as Ohana in Seattle, Washington or its liquor license during the period covered by the payment provisions of Paragraph 1 above, Defendants shall within ten (10) days of executing or entering into such a contract give notice to ASCAP of said pending contract and shall, in advance of such sale, transfer or assignment, cause arrangements to be made for the payment of any balance then owed pursuant to the terms of this Stipulation of Settlement or any subsequent judgment not later than the closing of such sale, transfer or assignment or, subject to ASCAP's prior written consent, in accordance with such additional terms and conditions that are not any less favorable and provide ASCAP with as much or more protection as provided under this Stipulation of Settlement or any subsequent judgment, such consent not to be unreasonably withheld.

7.  Any notice required by Paragraph 6 hereof shall be sent to ASCAP, regular mail, addressed as set forth in Paragraph 2 above, or any other address that ASCAP may designate, with a copy sent via facsimile copier to (770) 805-3410.  Any notice required by Paragraph 5 hereof shall be sent to Defendants, regular mail, with a courtesy copy to their attorneys, addressed as follows: Mr. Kyle Irwin Yoshimura, Mikado, Inc., 2207 1st Avenue, Seattle, Washington 98121; and Robert Over, Esq. of Keller Rohrback at its offices at 1201 Third Avenue, Suite 3200, Seattle, Washington 98101.

8.  Upon entry of the Court's order below, this action shall be dismissed with prejudice, subject only to the right of Plaintiffs to move to reopen the action upon the occurrence

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 4

00031-0031/LEGAL13059861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

of any of the events described in Paragraph 5 above, for the purpose of entering judgment in accordance with the terms of this Stipulation of Settlement.

**PERKINS COIE LLP**

By   _____/S/_____
    Harry H. Schneider, Jr., WSBA No. 9404
    Angela R. Martinez, WSBA No. 38326
    Attorneys for Plaintiffs

Dated: March 9th, 2007.


**KELLER ROHRBACK LLP**

By:  _____/S/_____
    Robert Over, WSBA No. 27576
    Attorneys for Defendants

Dated: March 8, 2007.

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 5

00031-0031/LEGAL13059861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**MIKADO, INC.**

By: _____/S/_____
KYLE IRWIN YOSHIMURA
Title:  Officer of Mikado, Inc.
Dated:  March _____, 2007.

STATE OF WASHINGTON   )
                     ) SS.
COUNTY OF  *King*  )

      Personally appeared before me, on the *8th* day of March, 2007, the undersigned authority in and for the aforesaid jurisdiction, *Kyle Yoshimura*, who acknowledged to me under oath that he is the  *President* of MIKADO, INC., with authority therefrom, and verifies the foregoing Stipulation of Settlement; and that the facts stated therein are true and correct.
      Witness my hand and official seal.

_____/S/_____
Notary Public

*SEAL*

Sworn before me this *8th* day of March, 2007

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 6

00031-0031/LEGAL13059861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**KYLE IRWIN YOSHIMURA**

By: _____/S/_____
KYLE IRWIN YOSHIMURA
In his personal capacity
Dated: March 8, 2007.


STATE OF WASHINGTON   )
                      ) SS.
COUNTY OF *King*      )

      Personally appeared before me, on the *8th* day of March, 2007, the undersigned authority in and for the aforesaid jurisdiction, *Kyle Yoshimura*, who acknowledged to me under oath that he is _____P_____, and verifies the foregoing Stipulation of Settlement; and that the facts stated therein are true and correct.
      Witness my hand and official seal.

_____/S_____
Notary Public

*SEAL*   Sworn before me this 8th day of
March, 2007

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 7

00031-0031/LEGAL13059861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS ("ASCAP")
as Attorney-in-Fact for Jordan Rocks Music, The Thick Plottens Music, WB Music Corp.,
Stereo Supersonic Music, Universal-Polygram International Publishing, Inc., Joelsongs,
Controversy Music, Chappel & Co., Inc. and Irving Caesar Music Corp.**

By:_____/S/_____
PHILIP SKINNER
Title: ASCAP Vice President, General Licensing
Dated: March 9, 2007.


STATE OF GEORGIA   )
             ) SS.
COUNTY OF DOUGLAS   )

      Personally appeared before me, on the 9 day of March, 2007, the undersigned authority in and for the aforesaid jurisdiction, *Phil Skinner*, who acknowledged to me under oath that he is the *Vice President* of ASCAP with authority therefrom, and verifies the foregoing Stipulation of Settlement; and that the facts stated therein are true and correct.
      Witness my hand and official seal.

_____/S/_____
Notary Public
*SEAL*       Sworn before me this 9 day of
March, 2007

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 8

00031-0031/LEGAL13059861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**SO ORDERED:**

DATED this 22nd day of March, 2007.

                                                 RICARDO S. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

STIPULATION OF SETTLEMENT AND ORDER
OF DISMISSAL (NO. C-07-0036 ) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

00031-0031/LEGAL13059861.1